Juanita BREWSTER, Appellant,

v.

Mary Brewster BREWSTER et al.,
Appellees.

No. 12768.

Court of Civil Appeals of Texas.

San Antonio.

Sept. 22, 1954.

Rehearing Denied Oct. 20, 1954.

Culpepper & Spilman, McAllen, for appellant.

Hartley & Lattimore, Pharr, for appellees.

NORVELL, Justice.

The plaintiff, born of a meretricious union between the testator and plaintiff's mother in 1927, cannot be considered a pretermitted child under Article 8292, Vernon's Ann.Civ.Stats., although, after the execution of the will in 1945, followed by the death of testator's lawful wife, the testator entered into a common law marriage with plaintiff's mother.

·The judgment is affirmed.